# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:13-cr-301-APG-CWH |
| PAUL EDWARD DAVIS, | |
| Defendant. | ORDER |

On December 20, 2013, the Court granted defendant Paul Edward Davis' motion to change counsel (#55) and ordered new counsel appointed. Therefore;

IT IS HEREBY ORDERED that Terrence M. Jackson, Esq. is appointed as counsel for Paul Edward Davis in place of Bret O. Whipple, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Whipple shall forward the file to Mr. Jackson forthwith.

DATED this 20th day of December, 2013.

Nunc Pro Tunc Date: December 17, 2013.

_____
CARL W. HOFFMAN
United States Magistrate Judge