# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PAUL EDWARD DAVIS, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 2:13-cr-00301-APG-CWH <br><br> **ORDER** |

This matter is before the Court on Defendant Paul Edward Davis' attorney's Motion to Seal (#67), filed January 31, 2014. Counsel appears to request authority to submit a yet to be filed motion to withdraw under seal. Normally, papers sought to be submitted under seal are filed as such along with an accompanying motion for leave to file under seal. Thus submitted, the papers remain under seal "until such time as the Court may deny the motion to seal or enter an order to unseal them . . . ." *See* Local Rule 10-5(b). Nevertheless, given the nature of the motion sought to be filed, the Court will exercise its discretion and grant leave to do so under seal. Defense counsel's motion to withdraw should be filed, under seal, by **Wednesday, February 5, 2014**. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Paul Edward Davis' attorney's Motion to Seal (#67) is **granted**. Defense counsel's motion to withdraw shall be filed, under seal, by **Wednesday, February 5, 2014**

DATED: February 3, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**